UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID B. LUNTSFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:15-CV-397-CCS |
| ) | |
| NANCY A. BERRYHILL,[1] ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Plaintiff's Motion for Summary Judgment [**Doc. 13**] is **DENIED**, and the Commissioner's Motion for Summary Judgment [**Doc. 14**] is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED**.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT

---

[1] During the pendency of this case, Nancy A. Berryhill replaced Acting Commissioner Carolyn W. Colvin. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted as the Defendant in this case.